# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>Jose Manuel RAMOS-GODOY<br>*Defendant* | Case No. 25-mj- 93 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 13, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas J. Coffman
Border Patrol Agent
United States Border Patrol
*Printed name and title*

Sworn to before me and signed telephonically.

Date: May 23, 2025

*Judge's signature*

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE     )   SS:
CITY OF BUFFALO    )

I, Thomas J. Coffman, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating individuals who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a).

3. I make this Affidavit in support of the Criminal Complaint charging Jose Manuel RAMOS-GODOY (hereinafter "RAMOS-GODOY"), born in 1983 in Honduras, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

1

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

5. On or about May 13, 2025, Buffalo Border Patrol Station agents were conducting plainclothes surveillance operations in Amherst, New York, within the Western District of New York. While conducting surveillance, agents witnessed three individuals enter a vehicle bearing out of state license plates. Agents ran record checks on the vehicle and the registered owner. The registered owner of the vehicle was revealed to be RAMOS-GODOY.

6. The Buffalo Sector IBCC conducted a record check and identified RAMOS-GODOY to be a citizen and national of Honduras who was illegally present in the United States after previously having been removed from the United States.

7. Border Patrol Agents activated their emergency lights and sirens and conducted a vehicle stop. On scene, Border Patrol Agents encountered three subjects, including RAMOS-GODOY, and questioned the subjects as to their citizenship and legal status in the United States.

8. Border Patrol Agents confirmed through questioning that RAMOS-GODOY is a citizen and national of Honduras, and not a national of the United States. RAMOS-GODOY stated that he did not have any documents that would allow him to be or remain in the United States lawfully.

9. U.S. Border Patrol Agents took RAMOS-GODOY into custody. As a part of processing, an electronic scan of RAMOS-GODOY's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that RAMOS-GODOY had been issued an FBI number and immigration fingerprint identification number.

10. Criminal and immigration database record checks associated with RAMOS-GODOY's fingerprints revealed the following:

   a. RAMOS-GODOY is a native and citizen of Honduras.

   b. RAMOS-GODOY was ordered removed administratively by the Border Patrol on or about July 1, 2006, in Weslaco, Texas.

   c. On or about July 10, 2006, RAMOS-GODOY was physically removed from the United States through the San Antonio, Texas Airport pursuant to an order of removal.

   d. RAMOS-GODOY was ordered removed as a Reinstatement of a Prior Order of Removal on or about September 3, 2014, McAllen, Texas.

   e. On or about September 9, 2014, RAMOS-GODOY was physically removed from the United States through the Brownsville International Airport in Brownsville, Texas.

11. There is no record that RAMOS-GODOY had applied for or received the requisite permission to re-enter the United States after his last removal.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about May 13, 2025, within the Western District of New York, Jose Manuel RAMOS-GODOY, an alien who was removed from the United States on or

3

about July 10, 2006 and September 9, 2014, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically on this

__23rd__ day of May, 2025.

_____
HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

4